IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-11221
Summary Calendar
_____

JOHNNY SPENCER,

                                        Plaintiff-Appellant,

versus

ADVANCED TELEMARKETING CORP.,

                                        Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:97-CV-1225-G
_____

June 26, 1998

Before HIGGINBOTHAM, DAVIS and DeMOSS, Circuit Judges.

PER CURIAM:[*]

    Johnny Spencer appeals the dismissal without prejudice of his age and disability discrimination action for failure to prosecute pursuant to Fed. R. Civ. P. Rule 41(b).

    The evidence on record shows that Spencer did not comply with the magistrate judge's orders requiring him to notify the court of any address change. As a result, the district court

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1

could not schedule a hearing to inquire into the factual and legal basis for his claim, in accordance with <u>Spears v. McCotter</u>, 766 F.2d 179, 181-82 (5th Cir. 1985) (establishing courtroom hearing as substitute for motion for more definite statement in *pro se* cases), <u>overruled on other grounds sub nom.</u> <u>Neitzke v. Williams</u>, 490 U.S. 319, 324 (1989).

    AFFIRMED.